[No. 11709-0-III.   Division Three.   February 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
WILLIAM BERNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 91-1-00105-8, Fred Van Sickle, J., entered June
10, 1991. *Remanded* by unpublished opinion per Faris, J. Pro
Tem., concurred in by Munson, J., and Yule, J. Pro Tem.

[No. 11743-0-III.   Division Three.   February 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
WILLIAM BERNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 91-1-00179-1, Fred Van Sickle, J., entered July
10, 1991. *Affirmed* by unpublished opinion per Faris, J. Pro
Tem., concurred in by Munson, J., and Yule, J. Pro Tem.

[No. 15767-5-II.   Division Two.   February 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ERIC
PATE, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 91-1-00160-8, Joel M. Penoyar, J., entered Febru-
ary 14, 1992. *Affirmed* by unpublished opinion per Petrie, J.
Pro Tem., concurred in by Seinfeld, A.C.J., and Petrich, J.

[No. 15219-3-II.   Division Two.   February 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN
LEROY RHODES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-03779-9, Frederick B. Hayes, J., entered
July 23, 1991. *Affirmed* by unpublished opinion per Petrie, J.
Pro Tem., concurred in by Alexander, C.J., and Morgan, J.